UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory Vonzell COMER,
Defendant–Appellant.

No. 01–8081.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 7, 2002.

Gregory Vonzell Comer, Appellant Pro
Se. Lisa Blue Boggs, Assistant United
States Attorney, Greensboro, North Car-
olina, for Appellee.

Before WILKINS, DIANA GRIBBON
MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Gregory Vonzell Comer appeals from
the district court's order denying his mo-

tion to reduce his sentence under 18 U.S.C.A. § 3582(c)(2) (West 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Comer,* No. CR–95–69 (M.D.N.C. Nov. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*